Gerald Hayes
VS,
STATE OF TEXAS

Court of Appeal
1st District
Houston, TX

01-09-00437 CR

## Appellant's Request of copies of
## TRIAL court Record / evidence

TO Honorable court And Clerk

The Appellant pro se has Repeatedly Requested And demanded a complete And accurate copy of the trial court Record, including (RR-CR-SX-DX) but have been Refused And denied. The Appellant, pro se, moves the Clerk And court to order copies of the specific document:

- Evidence Inventory form within the court Reporters Record And duties to provide

- copies of pictures of tangible (SX) specifically All clothing.

- All Evidence Tags And Evidence log IN/out sheets

Since the court has Affirmed the judgment, Appellant will be filing a PDR And will prove Reversable error exist within the documents And evidence. A (60) day extension of time is granted, so the production of these Record must be expedite. Failure by the clerks office to Adhere to this Request will constitute Additional error And prejudice.

Respectfully
Gerald Hayes
1-12-2015

Gerald Hayes
VS.
STATE of TEXAS

01-09-00437-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CHRISTOPHER A. PRINE
CLERK

## Appellant's Request for Copies of filings For PDR

## FACTS

Appellant's Appointed counsel, Bynum filed a contested Anders brief stating the record presents no reversible error And is without merit being frivolous.

- July 8 2013    Appellant Response to Anders brief
- supplements later filed
- Oct. 23 2014    Judgment Affirmed And counsel, Bynum withdrawn.
- Nov. 4 2014    Appellant prose motion for time extension for Rehearing. (granted)
- Dec 5, 15 2014    Rehearing motion filed
- supplements to motion (Additional issues)
- January 8 2015    Rehearing denied.

### I

The Appellant, pro se, moves the Court to order And clerk to provide timely to Appellant the following: (Needed for PDR)

- Copies of Appellant prose filings/motions/Notices since July 2013
- Appellate docket sheet
- copies of filing by pro se, Hayes, After his removal from Appellate counsel And Bynum Appointment.
- Appellant's motion for enbanc Feb 7 2013

Since Counsel And Harris County P.D.O. have Violated TEXRAP 6.5 (C), delay And prejudice is Cause, issues can be Resolved And clarified if the Above is provided, The Appellant is currently indigent And without Resources to obtain documents for PDR without Assistance.

Respectfully

G Hayes
1-13, 2015

Gerald Hayes
#1578806
1697 FM 98
Huntsville TX 77343

NORTH HOUSTON TX 770

14 JAN 2015 PM 1 L

Court of Appeal
1st District of Texas
301 Fannin St
Houston Texas 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CHRISTOPHER A. PRINE
CLERK

7700220669

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JAN 16 2015

CHRISTOPHER A. PRINE

CLERK

legal